1   ROBERT E. SCHUMACHER, ESQ.
    Nevada Bar No. 7504
2   DIONE C. WRENN, ESQ.
    Nevada Bar No. 13285
3   **GORDON REES SCULLY MANSUKHANI, LLP**
    300 South 4th Street, Suite 1550
4   Las Vegas, Nevada 89101
    Telephone:  (702) 577-9300
5   Facsimile:  (702) 255-2858
6   E-Mail:  rschumacher@grsm.com
             dwrenn@grsm.com
7

8   *Attorneys for Defendant,*
    *WEST LAS VEGAS SURGERY CENTER, LLC*
9

10              **UNITED STATES DISTRICT COURT**

11              **DISTRICT OF NEVADA**

12  DANIEL ROZSNAKI,                    )  CASE NO.  2:21-cv-01491-JAD-EJY
                                        )
13                 Plaintiff,           )
                                        )
14      vs.                             )  **JOINT REQUEST TO CONTINUE**
                                        )  **THE EARLY NEUTRAL**
15  WEST LAS VEGAS SURGERY CENTER, LLC, )  **EVALUATION**
    a Nevada Limited Liability Company, )
16                                      )  **[FIRST REQUEST]**
                   Defendants.          )
17                                      )

18

19          Pursuant to Local Rules 6-1, 7-1, and 16-6, Defendant WEST LAS VEGAS SURGERY

20  CENTER, LLC ("WLVSC") and Plaintiff DANIEL ROZSNAKI (collectively, the "Parties"), by

21  and through their respective attorneys of record, hereby jointly request as follows:

22          1.      On August 12, 2021, the Court scheduled the Early Neutral Evaluation Session

23  ("ENE") for October 29, 2021 and further set the deadline to submit Confidential ENE

24  Statements for October 21, 2021.  *See generally*, ECF No. 6.

25          2.      On October 18, 2021, the Court issued a minute order continuing the ENE to

26  November 19, 2021.

27          3.      Counsel for the Parties exchanged correspondence regarding the current date for

28  the ENE.  Defense counsel notified Plaintiff's counsel that Defendant's representative is

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-1-

1  unavailable on November 19, 2021, and Defendant is unable to secure an alternative

2  representative with settlement authority.

3          4.      The Parties respectfully request that the Court reschedule the ENE.  The parties

4  propose December 3, 2021 or December 17, 2021.[1]  If neither date meets with the Court's

5  availability, the Parties respectfully request that the Court continue the ENE to a Friday after the

6  Christmas and New Year holidays.

7          5.      The Parties further request that the deadline to submit Confidential ENE

8  Statements be rescheduled to comport with the new date for the ENE.

9          6.      This request is sought in good faith and not for the purposes of delay.

10         7.      This is the first request to continue the ENE

11  DATED this 5th day of November, 2021.          DATED this 5th day of November, 2021.

12  **GORDON REES SCULLY**                          **KEMP & KEMP, ATTORNEYS AT LAW**
    **MANSUKHANI, LLP**

13

14

15  /s/ Dione C. Wrenn                              /s/ James P. Kemp
    ─────────────────────────                       ─────────────────────────
    ROBERT E. SCHUMACHER, ESQ.                      JAMES P. KEMP, ESQ.

16  Nevada Bar No. 7504                             Nevada Bar No. 006375
    DIONE C. WRENN, ESQ.                            7435 W. Azure Drive, Suite 110

17  Nevada Bar No. 13285                            Las Vegas, Nevada 89130
    300 South 4th Street, Suite 1550                *Attorney for Plaintiff,*

18  Las Vegas, Nevada 89101                         *Daniel Rozsnaki*
    *Attorneys for Defendant,*

19  *West Las Vegas Surgery Center, LLC*

20                                  **Order**

21                      IT IS ORDERED that ECF No. 14 is

22                      GRANTED. The Court will issue a new
                        Scheduling Order.

23
                              **IT IS SO ORDERED**
24                            **DATED:** 11:47 am, November 08, 2021

25

26                            **BRENDA WEKSLER**
                              **UNITED STATES MAGISTRATE JUDGE**

27

28  ───────────────────────
    [1] Counsel for Plaintiff is not available on December 10, 2021.

-2-