JAMES P. KEMP, ESQ.
Nevada Bar No. 006375
KEMP & KEMP
7435 West Azure Drive, Suite 110
Las Vegas, NV 89130
(702) 258-1183 / (702) 258-6983 Fax
jp@kemp-attorneys.com
Attorney for Plaintiff Daniel Rozsnaki

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
***

DANIEL ROZSNAKI,

        Plaintiff,

vs.

WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada Limited Liability Company,

        Defendant.

Case No.: 2:21-cv-01491-JAD-EJY

**STIPULATION AND ORDER TO EXTEND TIME FOR SETTLEMENT DOCUMENTS**

    The Parties hereby stipulate and ask the court to approve an extension of time through **May 31, 2022** to complete settlement documents and submit a stipulation of dismissal to complete the resolution of this case.

    The Parties were originally supposed to complete these matters by April 11, 2022 (ECF No. 20).  The court issues a minute order on April 20, 2022 noting that the parties had not completed this task.

    The principal reason for the delay was that Plaintiff's counsel was given notice on March 11, 2022 that a case that he is co-counsel on in the Central District of California was going to a jury trial on March 30.  Plaintiff's counsel had to divert most of his time to this trial prep.  During the trial, on Saturday, April 2, 2022 Plaintiff's counsel's mother passed away in Las Vegas.  Plaintiff's counsel had to leave the trial after court on April 4, 2022 to attend to family business and has been required to devote substantial time to these matters since that time.

1

The parties have circulated a settlement agreement and are ironing out the finer points of it at present and they do not anticipate a problem with the proposed new date of May 31, 2022.

| | |
|---|---|
| /s/ James P. Kemp | /s/ Dione C. Wrenn |
| James P. Kemp, Esq. | Robert E. Schumacher, Esq. |
| KEMP & KEMP ATTORNEYS AT LAW | Dione C. Wrenn, Esq. |
| 7435 West Azure Drive, Suite 110 | GORDON REES SCULLY |
| Las Vegas, NV 89130 | MANSUKHANI, LLP |
| (702) 258-1183/ 258-6983 fax | 300 South 4th Street, Suite 1550 |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| Daniel Rozsnaki | (702) 577-9300 / 255-2858 fax |
| | Attorneys for Defendant |
| | West Las Vegas Surgery Center LLC |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2022