ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
Facsimile: (702) 255-2858
E-Mail: rschumacher@grsm.com
dwrenn@grsm.com

*Attorneys for Defendant,*
*WEST LAS VEGAS SURGERY CENTER, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL ROZSNAKI, | CASE NO. 2:21-cv-01491-JAD-EJY |
| Plaintiff, | State Court Case No. A-21-835082-C |
| vs. | |
| WEST LAS VEGAS SURGERY CENTER, LLC, a Nevada Limited Liability Company, | **STIPULATION AND ORDER TO EXTEND TIME FOR SETTLEMENT DOCUMENTS** |
| Defendants. | **[SECOND REQUEST]** |

The Parties hereby stipulate and ask the Court to approve an extension of time through **June 24, 2022** to complete the settlement process and submit a stipulation of dismissal to complete the resolution of this case.

///

///

///

///

///

///

///

-1-

The settlement agreement is fully executed and settlement monies are pending issuance. The requested extension is not sought for the purposes delay.

DATED this 15th day of June 2022.  　　　　DATED this 15th day of June 2022.

**GORDON REES SCULLY MANSUKHANI**　　　　**KEMP & KEMP ATTORNEYS AT LAW**

/s/ Dione C. Wrenn　　　　　　　　　　　　　　/s/ James P. Kemp

ROBERT E. SCHUMACHER, ESQ.　　　　　　JAMES P. KEMP, ESQ.
Nevada Bar No. 7504　　　　　　　　　　　　Nevada Bar No. 6375
DIONE C. WRENN, ESQ.　　　　　　　　　　7435 W. Azure Drive, Suite 110,
Nevada Bar No. 13285　　　　　　　　　　　Las Vegas, Nevada 89130
300 South 4th Street, Suite 1550　　　　　　　*Attorney for Plaintiff,*
Las Vegas, Nevada 89101　　　　　　　　　　*Daniel Rozsnaki*
*Attorneys for Defendant,*
*West Las Vegas Surgery Center, LLC*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 15th, 2022

-2-